No. 5,431.—ELSA O. PERRY, RESPONDENT, *v.* SARAH JEF-
FRIES ET AL., APPELLANTS.

*Appeal from District Court, Lewis & Clark County.*

Decided November 28, 1923.

PER CURIAM.—Respondent's motion, supported by stipula-
tion, for the dismissal of the appeal herein is granted and the
appeal is ordered dismissed.

*Mr. W. T. Tipton,* for Respondent.